**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOANNA WOODFORK**                                                      **PLAINTIFF**

**V.**                              **CASE NO. 4:20-cv-84-LPR-BD**

**DARRELL ELKINS**                                                        **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Any

party to this lawsuit may file objections with the Clerk of Court. To be considered,

however, objections must be filed within 14 days. Objections should be specific and

should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of

fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation

without independently reviewing the record.

**II.     Discussion**

Plaintiff Joanna Woodfork filed this lawsuit without the help of a lawyer and is

proceeding *in forma pauperis*. (Doc. Nos. 1, 3) In her complaint, she claims that, while

she was detained in the Yell County Jail, Defendant Darrell Elkins, M.D., wrongfully

replaced her suboxone prescription with less effective medications.

Ms. Woodfork has apparently been released from the Yell County Jail, as

evidenced by mail returned to the Court as undeliverable. (Docs. No. 12, 13, 16, 18, 19)

The Court requires Plaintiffs such as Ms. Woodfork, who are not represented by counsel,

to keep the Court informed as to their current addresses so that the Court and other parties are able to communicate with them. Local Rule 5.5. Ms. Woodfork was advised of this obligation in the Court's Initial Order. (Doc. No. 3)

After mail sent to Ms. Woodfork was returned as undeliverable, the Court ordered her to update her address within 30 days in a March 11, 2020 Order. (Doc. No. 14) The Court specifically cautioned Ms. Woodfork that her claims could be dismissed if she failed to notify the Court of her current address within the time allowed. As of this date, Mr. Woodfork has not responded to the March 11 Order; in fact, she has not communicated with the Court since filing her complaint on January 24, 2020.

## III.   Conclusion

The Court recommends that Ms. Woodfork's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's March 11 Order and her failure to prosecute this lawsuit.

DATED this 13th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE