**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOANNA WOODFORK**                                                                    **PLAINTIFF**

v.                          Case No. 4:20-cv-00084-LPR

**DARRELL ELKINS**                                                                        **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by United States Magistrate Judge Beth Deere.  (Doc. 20).  No objections have been filed.  After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Woodfork's case is DISMISSED without prejudice based on her failure to comply with the Court's March 11, 2020 Order and her failure to prosecute this lawsuit.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 18th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE