**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOANNA WOODFORK**                                                                                                    **PLAINTIFF**

**v.**                         **Case No. 4:20-cv-00084-LPR**

**DARRELL ELKINS**                                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on May 18, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 18th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE